UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Plaintiff(s): ELVIN GENAO

vs.

Defendant(s): NEW YORK POLICE DEPARTMENT

Civil Case No.: 1:19-CV-807 DNH/DJS

BIVENS ACTION

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 08 2019
AT ___ O'CLOCK
John M. Domurad, Clerk - Albany

Plaintiff(s) demand(s) a trial by: ☒ JURY  ☐ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

2. a. Plaintiff: ELVIN GENAO

   Address: 237 WEST 127TH ST APT 14C

   NEW YORK, NY 10027

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: NEW YORK POLICE DEPT

   Official Position: 

   Address: 1 Police Plaza Path

   New York, NY 10007

b.  Defendant: _____

Official Position: _____

Address: _____
_____
_____

c.  Defendant: _____

Official Position: _____

Address: _____
_____
_____

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

PLEASE SEE ATTACHED PDF FOR CLAIM BRIEFING.
_____
_____
_____
_____
_____
_____

5.                **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

WE FILED COMPLAINTS WITH THE FBI, DEPT OF JUSTICE FRAUD UNIT WHITE HOUSE, ICE, US MARSHALLS, IRS, SHERIFFS DEPARTMENT AND FINALLY THE SOUTHERN DISTRICT AND EASTERN DISTRICT OF NEW YORK AND OUR CLAIM FOR A FEDERAL LAWSUIT HAS BEEN DISMISSED AND WILL BE APPEALED IN THE COURT OF APPEALS.

### SECOND CAUSE OF ACTION

WE ATTEMPTED TO SEEK COUSNEL FOR THIS CLAIM WHICH EVERY ATTORNE DENIED AND FORCED US TO SUBMIT A CLAIM TO THE WHITE HOUSE AND THE SECRET SERVICE FOR A FRAUD CLAIM VIA IDENTITY THEFT AND SECURITIES AND COMMODITIES FRAUD

### THIRD CAUSE OF ACTION

6.     **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

WE ARE SEEKING RESTITUTION APPROPRIATE TO THE DAMAGES IN

OUR CLAIM

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __06/28/2019__

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

 

Frank Blanco <blanco.frank9185@gmail.com>

## 003
1 message

**Frank Blanco** <blanco.frank9185@gmail.com>  Wed, May 1, 2019 at 6:48 PM
To: Frank Blanco <blanco.frank9185@gmail.com>

Almost 2yrs ago in 2016 after the summer , NYPD came to my apartment for a domestic violence (which resulted in an eviction against the other party) and after they did their investigation they approached me outside and said to me that i was a trillionaire on the stock market , i explained them how is that possible? they said get the stock number an file a notice of claim in court because someone tried to steal and profit from your idea, but they wouldn't tell me what it i was, an i dont remember being specific about anything several months later first week of 2017 someone called social workers to my apartment and they identified themselves as mobile crisis of saint luke hospital, after refusing to open the door, they came back with police officers and threatened me that if i didn't open the door they would come in against my consent and detain me for not cooperating.

 i resisted numerous times and said i have no disability other than asthma , and after insisting they take me to the hospital that the social workers were from, they took me to Harlem hospital and i was detained for almost 24 hours for reason., my brother NELSON DURAN-GENAO showed up even though i did not call him, an he forced me into the back physically with police offers theres to get the evaluation , my assumption was that the evaluation would take only a few hours, but i had to until the morning for the next doctors to show up an when they did , they said i had to wait for someone to come pick me up i told them i am over 30 years old , and i can leave on my own recognizance they insisted i stay,an then my mother BERNARDITA DURAN GENAO showed up and forced me to sit down to speak to a doctor named Wilson iroham ( federal dockt number 11900416|) i explained the same things to him that i have NO psych history and no disability other than asthma, and this experience only made it worse, more over, he said he does not specialize in that area but he can get a doctor who does and he could detain me for 3 months if he wanted to for no reason, as soon as i was released, i contacted the FBI , Internal affairs, Dept of justice and the white house. because this is medical fraud on both sides , after my relatives showed up an signed the documents in the hospital. i believe this was attempt to leave me homeless and force em to ge tan apartment through the psych ward for unknown reasons. since then it almost happened 3 more times again since jan of 2018 and i have documents to prove my claim , that can be emailed ed any time. ive tried to contact ICE in regards to the matter but it hasnt gotten any better, an NYCHA hasn't provided any relief only by taking my name off the lease and never told me anything about it. and ive been trying to contact them since last year, but no one has returned my phone call. and the NYPD has gotten to reckless to approach and im looking for other alternatives to solve this problem immediately they arer using mental hygiene law 9.43 to detain people unlawfully and ive filed two civil lawsuits in the supreme court since last year and most recently my apartment was broken into yesterday by NYPD and NYCHA workers for a leak that wasn't even happening in my apartment , but the one below mine when they reported it management. and left the locks broken with no reimbursement for repairs and no remedy has been offered as of yet and i have a custody hearing for my 7yr old, that will be moving with me very son, an they have not brought him to me after filing a federal complaint against them an the individuals she is affiliated with , pleas see the documents ive provided.

i hired a computer technician to replace a mother board on my computer some time in 2016 -2017 and the computer worked fine, after a year of non usage due to personal reasons i finally got the chance to sit down and enjoy my repaired computer which only person touched , and i see the driver missing to a second hard drive that i had , and i am not able to re install it again on my own, and i tried to get attempt data recovery but thats too expensive , so i have no choice to confirm that ive been hacked an all of my intellectual property lyrics, songs, instrumentals have been compromised although most are copyrighted with the library of congress , some are not. and in new york plagiarism is rampant when they re write your lyrics and sell them to the record labels.

although i have nothing illegal , the police are not responding to my complaints, and it seems these computer tech guys are allowed to do that, for informant purposes, but no arrest ever occur, this is down right malicious and lawless. from what i understand they reported me for fraud, but no evidence was found , and they personally came into my apartment with no warrant, to look through my computer while i was not there and devices that were unplugged becuase it takes too much electricity was re plugged in again, but i didnt notice until long time later, because i was using an ipad instead. i dont believe these individuals had warrants to search for anything, but i believe this is directly coming from this computer tech guy who reported me for malicious reasons, and nothing was ever found, but intellectual property is definitely missing and i can not log into my second hard drive at all and i have to preform a data recovery which is highly expensive. and there are other individuals invovled in seperate incidents not revelant to this specific complaint , who are stealing/plagarising my music and selling it to the record labels for profit.  i would like to bring federal charges to all parties involved on seperate complaints immediately. my computer is compromised permnently and the value of my lyrics are in the millions of dollars once put in song form and is immediately sold to a record lable and abroad.   *40 million dollar*

ill leave the information below.

http://www.pcrepairnyc.com/

https://imgur.com/a/xJJhF5p]

https://imgur.com/a/VMK1JQw


ELVIN GENAO
The violation of my privacy is punished by law (UCC 1 1-308-308 1-103 and the Rome Statute).
2126650170
2016201220

Late 2016 around Oct-November, i found out i was being gang stalked or mobbed by different individuals from my old neighborhood and my present neighborhood in Harlem for several years maybe longer than 2009 i believe, apparently i had some form of witchcraft on me, that allowed them to see what ever i was doing along the way , and police were notified about the problem, but never did anything about it for years until i found out; i have reports. also ,these people went even further and decided to call the police on me on a dozen different occasions, and apparently these people were under a federal investigation already , for unknown reasons for possible crimes they were involved in, and i was being mentioned in that investigation even though i haven't been to my old neighborhood in more than 12 years+ altogether, and the FBI knew that, and still decided to keep me involved indirectly even though i had nothing to do with it at all , and it seemed like everyone knew about this problem except for me , and finally in 2016, almost 9 years later i found out thru a relative about this situation , and they were swatting me from Florida as well, and i was told by my father that a relative - cousin EDWIN GENAO, was spending too much money , at the time i didn't know what that meant, but his father FRANK GENAO , knows where the money is coming from, maybe a trust or a bank acct or estate , or investing into someones birth certificate bond, if thats even possible because only banks can do that through securities outside the country? that can also be as motivation as to why this is happening in the first place... see US Marshals for that complaint  and on a seperate PDF as well and an there was a federal investigation in regards to that as well in Florida.

and i reported it this incident in NYC to the FBI outside of new York, L.I. , CT , and NJ , because if its been happening for that long and no one told me , , i even went as far to report it to the white house to assist with my federal claim. you can ask any one in new York city, about this issue of being gang stalked with black magic, and sending negativity to random people for no reason and  and the nypd does nothing, we complained to the church, an they do not want to get invovled, if no one else, its supposed to be the church to stop the negativity, but theyve denied repeatedly in different locations... obviously its conlfict of interest but what else? and why are these people from soho - the names ive listed - under federal investigation not in jail yet ? are they protected informants? if so why? has their information led to any arrest? if not >? why havent they been relieved of their duties? and how did they-the list of names- become millionaires while under a federal investigation by investing into Bond investment or BC BOND or some sort of bond investment in general using my name only ? and thats right before i decided to get into the stock market and become a private investor and they invested into these IDEAS before i did under federal investigation, and it sky rocketed to thru the roof (not money ,WEALTH.) , but they never told me anything about it, and i never questioned how they-Nypd- knew about it when i didnt announce it to anyone AND why are they letting people invest into my stock bond that belongs to me that has my name on it , without my permission AND why arent they letting ME invest into my own bond investment on the stock market, this is called intellectual property theft from my estate that is being used without written permission from executor/beneficiary of my estate , and witnesses said people were bragging that their stealing from the estates of the

public, including mine while under a federal investigation, if this is true this is treason ; i am being shark tanked.

ive tried complaining to the NYPD several different ways, through legislative means, IAB , DOI, CCRB, but it hasnt worked and it seems i am being blocked from filing grievances, law suits and filing appeals that are happening right now, having to go to a different county outside of the city limits and its going as far as blocking me from relocating some where else with my son, on the verge of being homeless , for no reason! because my management office where i reside is not allowing me to transfer some where else for unknown reasons. and there is a pending lawsuit for that as well. while no one is admitting that i am wealthy beyond belief and the nypd can attest to that personally...i cant get any help, even after they came to my house and said i am a trillionaire ,file a notice of claim an i never saw them again these precincts, are PSA 6  32nd 28th 5-7-9-10th precincts who are aware of my complaint.,and my relatives are proof, and  because they were there when it happened after the summer in 2016. in the mean time, while this complaint is circulated through legaslative means, ive sent these names to the IRS to be audited, but i havent heard from them at all.

in the beginning i was detained for 24hrs on the 3rd of January 2017 for no reason in Harlem hospital by a doctor named IROHAM, WILSON ..even though i wasn't born with any mental history and it happened ,4 times in total, 1 over night stay and 2 more attempts to Harlem hospital, and then another attempt to mt sinai, and one of them was suppose to be saint luke hospital, but they do not allow that in their district to detain someone with no psych history for no reason. so their out, and its all from the same precincts PSA 6 and 32nd precinct and then i say why do they want me in the psychiatric hospital so bad ?  i lived here for 25 years, no issues at all,  the nyc comptroller is involved 2018PI015337--2018PI007941, division of human rights is involved 10192699 for the nypd claims, IAB 2018 9600 and conflict of interest board and  ive already reported this claim to the white house and out side agencies ive mentioned, as well as homeland security, I.C.E.  , NSA and U.S. Marshals for my son who is in serious trouble where he lives and the nypd hasn't done anything about it as of yet. he just turned 7 and their being extremely violent towards him at school and at home . as far as the problem itself , you can go and investigate any where in the Soho, noho, east village , lower east side - delancy street start with puerto ricans and west 125st Harlem or even start at the 5th precinct 7-9-10 precinct 32 and PSA 6 precinct as i mentioned more than once.........but the problem here is ,this is has been happening for a long time obviously, and i am the last one to find out about it ,because its about me ! why im i the only one reporting this incident anyway ? why did it go this far in the first place?  , its just doesn't make any sense to me. i told my management office and they still haven't relocated me some where else?

because if theyre taking their complain and not mine , then theres no

towards him at school and at home . as far as the problem itself , you can go and investigate any where in the Soho, noho, east village , lower east side , delancy street, stanton st , rivington st , 10 precinct , 5 precinct , 9 precinct , 7 precinct 7-9-10 precinct 32 and PSA 6 precinct as i mentioned more than once.........but the problem here is ,this is has been happening for a long time obviously, and i am the last one to find out about it ,because its about me ! why im i the only one reporting this incident anyway ? why did it go this far in the first place? , its just doesn't make any sense to me. i told my management office and they still haven't relocated me some where else?

because if theyre taking their complain and not mine , then theres no rebuttal to that statement. i am currrently looking to relocate some where outside the country and put my U.S. citizenship on hold pending the outcome of this situation

DISCLAIMER: IF THIS IS NOT THE APPROPRIATE AGENCY TO SEND MY COMPLAINT TO, PLEASE FORWARD IT TO THE APPROPRIATE DEPARTMENT OR AGENCY THAT DEALS WITH COMPLAINTS FROM THE GENERAL PUBLIC. AGAIN MY APOLOGIES IF THIS IS NOT WITHIN YOUR JURISDICTION.

God bless

ELVIN GENAO
The violation of my privacy is punished by law (UCC 1 1-308-308 1-103 and the Rome Statute).

H:2126650170
C:2016201220
F:2123210699

IVE LEFT A LIST OF NAMES THAT HAVE BEEN GIVEN ME TO ANONYMOUSLY , PROCEED AT YOUR OWN RISK.

https://www.facebook.com/lilrockski?fref=pb&hc_location=friends_tab
https://www.facebook.com/yudelka.jimenezabreu?fref=pb&hc_location=friends_tab
https://www.facebook.com/JoseHernandez80?fref=pb&hc_location=friends_tab
https://www.facebook.com/freddy.esteban.18?fref=pb&hc_location=friends_tab
https://www.facebook.com/valerief.martinez?fref=pb&hc_location=friends_tab
https://www.facebook.com/profile.php?id=100021787455212&fref=pb&hc_location=friends_tab
https://www.facebook.com/dianne.rodriguez.509?fref=pb&hc_location=friends_tab
https://www.facebook.com/jonny.diaz.9216?fref=pb&hc_location=friends_tab
https://www.facebook.com/nana.gallardo.18?fref=pb&hc_location=friends_tab
https://www.facebook.com/alex.collado.391?fref=pb&hc_location=friends_tab
https://www.facebook.com/djbubbz?fref=pb&hc_location=friends_tab
https://www.facebook.com/ivan.morillo.71?fref=pb&hc_location=friends_tab
https://www.facebook.com/madelyn.lopez.311?fref=pb&hc_location=friends_tab
https://www.facebook.com/profile.php?id=100010846146461&fref=pb&hc_location=friends_tab

angeli bburgos 21 spring st 7W
valerie martinez - 10preicnct
crhistian macho bonilla 244 elizabeth street
JOSELITO HERNANDEZ - BARBER ART OF SHAVE

ANDREW MARTINEZ 21 spring st 2W 10 precinct
christian macho bonilla 225 Elizabeth st
Diane Rodrgriguz 307 e houseton 1C
Zoey rodgriguze 309 e houston 1A
Jesus abreu 9 ave B-C
vanesssa delgado
Cynthia gaunilo
sheila martinez 21 spring st 2W
ROLAND GENAO 564 WOODYCREST BRONX
ashley genao
EDWIN GENAO

Frank Blanco <blanco.frank9185@gmail.com>　　　　　　　　　　　　　　　　　　　Fri, Jun 21, 2019 at 10:31 AM
To: info@rcda.org

**UPDATE: Family court - joint custody hearing**

Me and my attorney filed an emergency joint custody hearing for my son who is 8 yrs old, she did not show up with him the first time, and she didn't show up at all the second time, how soon after can a warrant be issued after the court date?

and also after we filed a federal complaint in the southern district we filed an injunction as well against her and family out, can we file a claim for the injunction and violating the restraining order in family court, after she did not show up on the second court date? and assume its custodial interference, parental kidnapping, and parental alienation on her behalf and use these claims to enforce our injunction against family court and the district attorneys office as well as our joint custody petition in family court

*NO WARRANT WAS ISSUED!*

please let me know as soon as possible if you can assist , we've filed a federal complaint with FBI for a different reason in 2016-2017 that is prevalent to this inquiry. and nothing has been done about it , and we moved to file a federal lawsuit against all parties involved in the passed almost 8-9 months.


ELVIN GENAO
2126650170
2016201220

---

Frank Blanco <blanco.frank9185@gmail.com>　　　　　　　　　　　　　　　　　　　Fri, Jun 21, 2019 at 10:33 AM
To: telmer@syrdio.org

[Quoted text hidden]

# Gmail

Frank Blanco <blanco.frank9185@gmail.com>

## Fwd: index # 101674/2018 - Please forward to room 130
1 message

**Frank Blanco** <blanco.frank9185@gmail.com>  Mon, Jun 24, 2019 at 2:51 PM
To: Frank Blanco <blanco.frank9185@gmail.com>

Hello i found more supporting documents regarding my claim against housing and preventing an illegal eviction as well as an affordable housing claim 100652-19 , where i was supposed to received a new apartment a year ago after an interview , and i would like these documents forwarded to the magistrate over seeing my claim for 101674/2018 which was concluded almost a month ago and i have yet to receive injunction relief and after going to housing court for eviction case that was tossed out,  housing has broken into my apartment an changed the locks in my apartment without leaving an advance notice before or after and the top lock hasn't been fixed nor have they reimbursed me to get it fixed and i have a son thats supposed to be moving in with me any day now. this has gotten so reckless and out of hand housing nypd has not done anything and relief has not been provided, i have no choice but to take my complaint to a higher jurisdiction and forwarded to Albany for review. please let me know if you can provide monetary advance so i can relocate some where safer until the situation has settled down and been resolved.

UPDATE: it seems former tenants that resided here got their hands on a new key to my apartment and it has be changed to another new key and im not sure what else i have to do to get my complaint to the right place because now they are trying to break into my apartment again,  in a different way, an there is a gang problem in this building that housing not has addressed nor has the NYPD , please get this to the judge or supervisor in room 119 for immediate update.



Frank Blanco <blanco.frank9185@gmail.com>

---

**001**

**Frank Blanco** <blanco.frank9185@gmail.com>   Thu, May 16, 2019 at 9:50 AM
To: Frank Blanco <blanco.frank9185@gmail.com>

Another incident occurred this morning APRIL 30th, After going to Civil housing court for an eviction post card that was left on my door and the case dismissed for defective paper work and i filed a notice of claim just in case they file a re-continuance of that case with a pending litigation in the civil supreme court.  once i came back to my apartment that morning,  NYPD and Housing maintenance workers allegedly  broke into my apartment, because they said there was a leak in the apartment below me, so bad  they had to break the locks, top and change the bottom lock and walk in without me being there to fix the problem, which i already filed a service ticket so maintenance can fix the problem, but that appointment was scheduled for MAY 2 , and the neighbor below me complained a couple times about the situation and i instructed them to do the same thing i did, file a police report against housing and file a notice of claim against the landlord as well, but they just kept knocking on my door instead for the issue. and when i came to the front door of my apartment, the top lock was broken,and after calling NYPD .... THEY stated it was the management office with their supervision,  that broke into the apartment for a leak that was not happening at all and they had a spare key waiting for me in the management office, but no reimbursement to fix the top lock , and ive been living here for more than 20 years and housing never has never broken locks to come into an apartment with help of the NYPD to fix a leaky sink that was over flowing and some of it  just dripped into the apartment below that was supposed to be fixed once, on April 23-26th here are the ticket service numbers for that 66582945 66542588 and now i put it another service ticket number , to fix the top lock 66845313, it was blatantly malicious and over reach of power by both parties for this to occur during a pending litigation. i dont see anything missing in my apartment by first glance, but that could change later on if something comes up, but this is obvious indication, that i am not safe in this apartment nor in this neighborhood if NYPD is involved and i am being targeted repeatedly for different reasons and i have a custody hearing coming up for my 7year old son that might be living here part time on a joint custody basis, and its only going to aggravate the situation more.

Civilian complaint level - TREASON/DOMESTIC TERRORISM/DECLARATION OF WAR

Economic Espionage Act/Theft of trade secrets/intellectual property crimes/Securities and Cocmmodities Fraud/IDENTITY Theft

Late 2016 around Oct-November, i found out i was being gang stalked or mobbed by different individuals from my old neighborhood and my present neighborhood in Harlem for several years maybe longer than 2009 i believe, apparently i had some form of witchcraft on me, that allowed them to see what ever i was doing along the way , and police were notified about the problem, but never did anything about it for years until i found out; i have reports. also ,these people went even further and decided to call the police on me on a dozen different occasions, and apparently these people were under a federal investigation already , for unknown reasons for possible crimes they were involved in, and i was being mentioned in that investigation even though i haven't been to my old neighborhood in more than 12 years+ altogether, and the FBI knew that, and still decided to keep me involved indirectly even though i had nothing to do with it at all , and it seemed like everyone knew about this problem except for me , and finally in 2016, almost 9 years later i found out thru a relative about this situation , and they were swatting me from Florida as well, and i was told by my father that a relative - cousin EDWIN GENAO - entry level accountant-, was spending too much money leasing or renting cars, and other questionable activities bragging that its not his money but his couins money , MYSELF. at the time i didn't know what that meant, but his father FRANK GENAO who makes entry level pay as a maintence worker in a corporate building or his mother who makes entry level pay as a house keeper in a hotel. they might know where the money is coming from, maybe from a trust or a bank acct or estate , or investing into someones birth certificate bond, if thats even possible because only banks can do that through securities? if thats the case why does it have to be my name ? which someone told me anonymously that it was happening in florida and in new york? why didnt FBI catch on to this before it got out of control in miami? there are other relatives in involved, SANDRA GENAO - Dentist -  an JASMINE DIAZ - teacher and ELIZABETH DIAZ - accountant they can be a motivater as to why this is happening in the first place... see US Marshals for that complaint and an there was a federal investigation in regards to that as well in Florida to the FBI DIRECTOR in MIAMI, there are more people invovled ,ill leave a list of names below. and i also reported this incident to the FBI outside of new York, L.I. , CT , and NJ , because if its been happening for that long and no one told me , then the problem itself is a lot bigger than new York city , i even went as far to report it to the white house to assist with my federal claim. you can ask any one bout this issue of being gang stalked or hazed with black magic, and sending negativity to random people for no reason and the nypd does nothing, and why are these people from the lower east side - soho under federal investigation not in jail yet ?


and how did they become millionaires while under a federal investigation? why are they protected informants? why did the NYPD give money to these individuals and then arrest them later on in 2016 then i found out about and ive been filing complaints ever since. why are they investing into the same things i mentioned earler on the stock market all at the same time by these groupd of people? estate-Bc bonds? bond investments? right

after i decided to become a private investor, some how they found out and they invested into this IDEA before i did and it sky rocketed thru the roof (not money ,WEALTH.) , but they couldnt keep it , so they said blame it on  but they never told me anything about it, and i never questioned how they-Nypd- knew about it and why are they letting people invest into my stock that belongs to me??! , without my permission AND why arent they letting ME invest into my own bond investment on the stock market?! this is called intellectual property theft from my estate that is being used without permission from the estate, their stealing from my estate or bc bond or committing Securities and Cocmmodities Fraud and money laundering while under a federal investigation, , im being shark tanked if this is true., once again, why are they investing into MY BC bond or anything with MY name on it , only? at the same time by dozens of different people??.  at the same time they -nypd- are blocking me from filing grievances, class actions law suits and filing appeals that are happening right now, its going as far as blocking me from relocating some where else with my son, on the verge of being homeless , for no reason!!! except no one is admitting that i am wealthy beyond belief and the nypd can attest to that. because they came to my house and said i am a trillionaire to relatives and then disclosed it to me privately out side the apartment and said file a notice of claim and thats it an i never saw them again. I prefer not to be approached in anyway without advance warning and only bythe federal level, which is why we are going to the secret service becuase its a step closer to the president. ive tried to send the previous names from my first complaint along with the list of names below to the IRS to request for these individuals to be audited in the mean time, but , i sent too many names at once, and they most likely sent it to the FBI, atleast itll be another agency reporting the same individuals the FBI are supposed to know about in the first place, an arrest long ago, since the beginning of this complaint but i havent received a response in multi fbi agencies ive reported it to in the tri state area and abroad.

DISCLAIMER: IF THIS IS NOT THE APPROPRIATE AGENCY TO SEND MY COMPLAINT TO, PLEASE FORWARD IT TO THE APPROPRIATE DEPARTMENT OR AGENCY THAT DEALS WITH COMPLAINTS FROM THE GENERAL PUBLIC. AGAIN MY APOLOGIES IF THIS IS NOT WITHIN YOUR JURISDICTION.

God bless

ELVIN GENAO Sr.
The violation of my privacy is punished by law (UCC 1 1-308-308 1-103 and the Rome Statute).

H:212 665 0170
Email :blanco.frank9185@gmail.com


IVE LEFT A LIST OF NAMES THAT HAVE BEEN GIVEN ME TO ANONYMOUSLY , PROCEED AT YOUR OWN RISK.

 Gmail  Frank Blanco <blanco.frank9185@gmail.com>

## Fwd: Complaint for Justin Guanilo - supporting documents 2017 NY032820

Frank Blanco <blanco.frank9185@gmail.com>  Sat, Jun 29, 2019 at 11:34 AM
To: Frank Blanco <blanco.frank9185@gmail.com>

Good afternoon Mr. Blanco,

Please be advised that the NYC Department of Investigation has received your complaint. However, the Department of Investigation is not the appropriate agency that can assist you with this matter. We are advising that you contact the office of Children and Family Services at 1800-342-3720 to proceed with your complaint.

Thank you and have nice day.

**Jessica Matias**

Investigator

Department of Investigation

Office of the Inspector General

Department of Housing Preservation and Development

Phone (212) 825-3547

Fax (212) 825-3343

E-mail: JMatias@doi.nyc.gov



Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.



U.S. District Court House
445 Broadway ATTN
Albany 12207 Clerk's Office

E. Gerard
227 4/27st Apt 14c
New York, NY 10021

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JUL 08 2019
RECEIVED